■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS McCANTS, Appellant. [614 NYS2d 934] —Appeal by the defendant, *as limited by his motion, from a sentence of the* Supreme Court, Queens County (Cooperman, J.), imposed April 5, 1993.

Ordered that the sentence is affirmed *(see, People v Kazepis,* 101 AD2d 816).* Mangano, P. J., Balletta, Ritter, Santucci and Goldstein, JJ., concur.